Michael R. Lozeau (CA Bar No. 142893)
  michael@lozeaudrury.com
Richard T. Drury (CA Bar No. 163559)
  richard@lozeaudrury.com
David A. Zizmor (CA Bar No. 255863)
  david@lozeaudrury.com
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel:  (510) 749-9102
Fax: (510) 749-9103 (fax)

*Attorneys for Plaintiff California
Sportfishing Protection Alliance*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>VALLEJO UNIFIED SCHOOL DISTRICT, a special district; RICHARD J. DAMELIO, in his official capacity; REYNALDO SANTA CRUZ, in his official capacity;  CHRIS VILLANUEVA, in his official capacity; RAYMOND V. MOMMSEN, in his official capacity;  HAZEL WILSON, in her official capacity;  WARD STEWART, in his official capacity; DANIEL GLAZE, in his official capacity, and; THEODORE NEWTON, in his official capacity,<br><br>          Defendants. | Case No. 2:10-cv-00943-GEB-GGH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND SET A NEW DATE FOR  THE STATUS CONFERENCE;**<br>**[LOCAL RULES 143 AND 144]**<br><br>Judge: Hon. Garland E. Burrell, Jr.<br><br>Conference: August 9, 2010<br>Time: 9:00 a.m.<br>Courtroom: 10 |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint") with the Court on April 19, 2010;

WHEREAS, on April 19, 2010, the Court issued an Order Setting Status which set

the Pretrial Scheduling Status Conference for August 9, 2010 at 9:00 am;

WHEREAS, CSPA served the Complaint and Summons in this action on Defendants on June 1, 2010;

WHEREAS, Defendants dispute that Plaintiff has properly affected service of the Complaint and Summons but have agreed not to contest service;

WHEREAS, Defendants' answer or response to the Complaint was due on or before June 22, 2010;

WHEREAS, Defendants have requested and CSPA has consented to extend the time for Defendants to answer or respond to the Complaint;

WHEREAS, Defendants have requested and CSPA has consented to a new date for the status conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. That Defendants shall not contest that the Complaint and Summons in this action were properly served on all Defendants;

2. That Defendants shall answer or otherwise respond to CSPA's Complaint by August 9, 2010; and

3. That the Pretrial Scheduling Status Conference shall be moved from August 9, 2010 at 9:00 am to October 4, 2010 at 9:00 am.


Dated: July 6, 2010			Respectfully submitted,

					LOZEAU DRURY LLP

					By:	__/s/ *Michael R. Lozeau*_____
						Michael R. Lozeau
						ATTORNEYS FOR PLAINTIFF
						CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

					DANNIS WOLIVER KELLEY

					By:	__/s/ *Amy R. Levine* (as authorized on 7/6/2010)

        Amy R. Levine
        ATTORNEYS FOR DEFENDANTS
        VALLEJO UNIFIED SCHOOL DISTRICT,
        RICHARD J. DAMELIO, REYNALDO SANTA
        CRUZ, CHRIS VILLANUEVA, RAYMOND V.
        MOMMSEN, HAZEL WILSON, WARD
        STEWART, DANIEL GLAZE, AND
        THEODORE NEWTON

## ORDER

Since the parties having stipulated and agreed,

IT IS HEREBY ORDERED that the Defendants shall answer or otherwise respond to Plaintiff California Sportfishing Protection Alliance's Complaint by August 9, 2010.

IT IS FURTHER ORDERED that the Pretrial Scheduling Status Conference shall be re-scheduled for October 4, 2010 at 9:00 am
7/7/10

GARLAND E. BURRELL, JR.
United States District Judge