LAWRENCE M. SCHOENKE, State Bar No. 92314
AMY R. LEVINE, State Bar No. 160743
CLARISSA CANADY, State Bar No. 194473
Dannis Woliver Kelley
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
VALLEJO CITY UNIFIED SCHOOL DISTRICT, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>VALLEJO UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 2:10-cv-00943-GEB-GGH<br><br>**STIPULATION REGARDING DISCOVERY, INITIAL DISCLOSURES, AND PLEADINGS MOTIONS; [PROPOSED] ORDER THEREON** |

WHEREAS, currently on calendar for October 25, 2010 is the defendants' Motion to Dismiss and/or Strike plaintiff's Complaint filed on August 9, 2010;

WHEREAS, on September 15, 2010, plaintiff filed its First Amended Complaint;

WHEREAS, the parties to this action have agreed to engage in settlement discussions, which because plaintiff is seeking various types of injunctive relief, they anticipate may take approximately three months to complete; and

WHEREAS, the parties desire to engage in these settlement discussions without unnecessary litigation expense;

THEREFORE, IT IS STIPULATED by and between the parties, through their respective counsel, as follows:

1.  No party shall serve any discovery request prior to January 1, 2011,

1

DANNIS WOLIVER KELLEY
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

1 however, the plaintiff may serve a request to inspect the property that is the
2 subject of this action prior to that date.
3    2. The parties shall serve their initial disclosures on or before January 14,
4 2011, unless otherwise ordered by the Court or agreed to by the parties.
5    3. Plaintiff's First Amended Complaint shall be withdrawn without prejudice
6 to plaintiff to re-file that First Amended Complaint or a different First
7 Amended Complaint by stipulation or by order of the Court.
8    4. Between January 1 and January 14, 2011, the parties shall meet and confer
9 regarding the content of plaintiff's anticipated First Amended Complaint
10 and shall determine whether a stipulation granting plaintiff leave to amend
11 may be reached. If no stipulation is reached, plaintiff shall file a motion
12 for leave to amend its Complaint by January 21, 2011.
13    5. Defendants' pending Motion to Dismiss and/or to Strike the Complaint
14 shall be taken off calendar. Defendants shall not be required to file any
15 further responsive pleading to the Complaint. Defendants shall have 21
16 days from the date plaintiff's future First Amended Complaint is filed (by
17 stipulation or leave of Court) to file a response thereto.
18    6. The parties request a further status conference for January 31, 2011 or
19 another date that is convenient for the Court in late January or early
20 February.
21 IT IS SO STIPULATED.

22 DATED: September 20, 2010   DANNIS WOLIVER KELLEY

By:  /s/ Amy R. Levine
LAWRENCE M. SCHOENKE
AMY R. LEVINE
CLARISSA CANADY
Attorneys for Defendants
VALLEJO CITY UNIFIED SCHOOL
DISTRICT, et al.

2

**STIPULATION REGARDING DISCOVERY, INITIAL DISCLOSURES, AND PLEADINGS; Case No. 2:10-cv-00943-GEB-GGH**

SF 457553v1

DATED: September 20, 2010                           LOZEAU DRURY, LLP


                                                    By:  /s/ Douglas Chermak
                                                    MICHAEL LOZEAU
                                                    DOUGLAS CHERMAK
                                                    Attorneys for Plaintiff
                                                    CALIFORNIA SPORTFISHING
                                                    PROTECTION ALLIANCE

   IT IS SO ORDERED.   A further status conference shall be held on January 31, 2011 at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

**Date: 9/22/2010**

                                                    _____
                                                    GARLAND E. BURRELL, JR.
                                                    United States District Judge