Michael R. Lozeau, State Bar No. 142893
  michael@lozeaudrury.com
Richard T. Drury State Bar No. 163559
  richard@lozeaudrury.com
Douglas J. Chermak, State Bar No. 233382
  doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th St, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>         Plaintiff,<br><br>     vs.<br><br>VALLEJO UNIFIED SCHOOL DISTRICT, et al.,<br><br>         Defendants. | Case No. 2:10-cv-00943-GEB-GGH<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 AND ORDER** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program and request that a referral be made.

Dated: December 1, 2010

                              Respectfully submitted,

                              LOZEAU DRURY LLP

                              By:  /s/ *Douglas J. Chermak*
                                    Douglas J. Chermak
                                    Attorneys for Plaintiff

                              DANNIS WOLIVER KELLEY

                              By:   /s/ *Amy R. Levine*
                                    (as authorized on December 1, 2010)
                                    Amy R. Levine
                                    Attorneys for Defendants

STIPULATION TO VDRP                                                2:10-cv-00943-GEB-GGH
{PROPOSED} ORDER                           1

1 | IT IS SO ORDERED.

2 | Date: __12/2/2010__

_____
GARLAND E. BURRELL, JR.
United States District Judge