1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiffs,<br><br>       v.<br><br>VALLEJO UNIFIED SCHOOL DISTRICT, a special district; RICHARD J. DAMELIO, in his official capacity; REYNALDO SANTA CRUZ, in his official capacity; CHRIS VILLANUEVA, in his official capacity; RAYMOND V. MOMMSEN, in his official capacity; HAZEL WILSON, in her official capacity; WARD STEWART, in his official capacity; DANIEL GLAZE, in his official capacity, and THEODORE NEWTON, in his official capacity,<br><br>            Defendants. | Case No. 2:10-cv-00943-KJM-GGH<br><br>**ORDER FOR THE SUBSTITUTION OF PARTIES**<br><br>Courtroom: 3<br>Judge:     Hon. Kimberly J. Mueller<br><br>**Complaint Filed:**     **April 10, 2010**<br><br>**First Amended<br>Complaint Filed:**     **September 15, 2010** |

**ORDER**

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. That Ramona Bishop, in her official capacity, shall be substituted for Reynaldo Santa Cruz, in his official capacity, as a party to this action.

2. That Adrienne Waterman, in her official capacity, shall be substituted for Daniel Glaze, in his official capacity, as a party to this action.

3. That all claims against Reynaldo Santa Cruz and Daniel Glaze are hereby dismissed, with prejudice.

IT IS SO ORDERED THIS 19th day of April 2011.

_____
UNITED STATES DISTRICT JUDGE