Michael R. Lozeau, State Bar No. 142893
  michael@lozeaudrury.com
Richard T. Drury State Bar No. 163559
  richard@lozeaudrury.com
Douglas J. Chermak, State Bar No. 233382
  doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th St, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

             Plaintiff,

        vs.

VALLEJO UNIFIED SCHOOL DISTRICT,
et al.,

             Defendants.

Case No. 2:10-cv-00943-KJM-GGH

**STIPULATION TO DISMISS
PLAINTIFF'S CLAIMS WITH
PREJUDICE; ORDER GRANTING
DISMISSAL WITH PREJUDICE
[FRCP 41(a)(2)]**

        WHEREAS, on January 22, 2010, Plaintiff California Sportfishing Protection Alliance

("CSPA") provided Defendants Vallejo City Unified School District, Richard J. Damelio, Reynaldo

Santa Cruz, Chris Villanueva, Raymond V. Mommsen, Hazel Wilson, Ward Stewart, Daniel Glaze,

and Theodore Newton (collectively "The District") with a Notice of Violations and Intent to File

Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

        WHEREAS, on April 19, 2010, CSPA filed its Complaint against the District in this Court,

*California Sportfishing Protection Alliance v. Vallejo Unified School District, et al.,* Case No. 2:10-

cv-00943-GEB-GGH.  Said Complaint incorporates by reference all of the allegations contained in

CSPA's Notice.

        WHEREAS, on January 21, 2011, this matter was reassigned to District Judge Kimberly J.

Mueller for all further proceedings.

1   WHEREAS, on April 20, 2011 the Court granted the parties' proposed order to substitute
2   Ramona Bishop for Reynaldo Santa Cruz and Adrienne Waterman for Daniel Glaze, both in their
3   official capacity.

4   WHEREAS, CSPA and the District, through their authorized representatives and without
5   either adjudication of CSPA's claims or admission by the District of any alleged violation or other
6   wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth
7   in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A
8   copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without
9   the attached exhibits, entered into by and between CSPA and the District is attached hereto as
10  Exhibit 1.

11  WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt
12  requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set
13  forth at 40 C.F.R. § 135.5 has been completed and the federal agencies have submitted
14  correspondence to the Court indicating that they have no objection to the terms of the Settlement
15  Agreement.

16  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
17  parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice.
18  The parties respectfully request an order from this Court dismissing such claims and entering a
19  judgment thereon.  In accordance with Paragraph 2 of the Settlement Agreement, the parties also
20  request that this Court maintain jurisdiction over the parties through December 1, 2013, for the sole
21  purpose of resolving any disputes between the parties with respect to enforcement of any provision
22  of the Settlement Agreement.

23  Dated: July 13, 2011

24                          Respectfully submitted,

25                          LOZEAU DRURY LLP

26                          By:  /s/ Douglas J. Chermak
27                                  Douglas J. Chermak
                                Attorneys for Plaintiff
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DANNIS WOLIVER KELLEY

By: __/s/ *Amy R. Levine*_____
　　　　(as authorized on July 13, 2011)
　　　　Amy R. Levine
　　　　Attorneys for Defendants

**ORDER**

1

2        Good cause appearing, the parties having stipulated and agreed, and subject to the

3 notifications contained in the letter from the U.S. Department of Justice filed with the court on July

4 13, 2011,

5        IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

6 claims against Defendants Vallejo City Unified School District, Richard J. Damelio, Ramona

7 Bishop, Chris Villanueva, Raymond V. Mommsen, Hazel Wilson, Ward Stewart, Adrienne

8 Waterman, and Theodore Newton as set forth in the Notice and Complaint filed in Case No. 2:09-

9 cv-00943-KJM-GGH, are hereby dismissed with prejudice.

10        IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through

11 December 1, 2013 for the sole purpose of enforcing compliance by the parties of the terms of the

12 Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

13

14
PURSUANT TO STIPULATION, IT IS SO ORDERED.
15

16
Dated:  July 14, 2011.
17

18

19

20 _____

21 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28