Michael R. Lozeau, State Bar No. 142893
  michael@lozeaudrury.com
Richard T. Drury State Bar No. 163559
  richard@lozeaudrury.com
Douglas J. Chermak, State Bar No. 233382
  doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th St, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>             Plaintiff,<br><br>     vs.<br><br>VALLEJO UNIFIED SCHOOL DISTRICT, et al.,<br><br>             Defendants. | Case No. 2:10-cv-00943-KJM-GGH<br><br>**STIPULATION AND ORDER TO AMEND DISMISSAL ORDER** |

WHEREAS, on January 22, 2010, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants Vallejo City Unified School District, Richard J. Damelio, Reynaldo Santa Cruz, Chris Villanueva, Raymond V. Mommsen, Hazel Wilson, Ward Stewart, Daniel Glaze, and Theodore Newton (collectively the "District") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on April 19, 2010, CSPA filed its Complaint against the District in this Court, *California Sportfishing Protection Alliance v. Vallejo Unified School District, et al.,* Case No. 2:10-cv-00943-GEB-GGH.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, on January 21, 2011, this matter was reassigned to District Judge Kimberly J. Mueller for all further proceedings.

WHEREAS, on April 20, 2011 the Court granted the parties' proposed order to substitute

1   Ramona Bishop for Reynaldo Santa Cruz and Adrienne Waterman for Daniel Glaze, both in their
2   official capacity.
3       WHEREAS, CSPA and the District, through their authorized representatives and without
4   either adjudication of CSPA's claims or admission by the District of any alleged violation or other
5   wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth
6   in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A
7   copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without
8   the attached exhibits, entered into by and between CSPA and the District is attached hereto as
9   Exhibit 1.
10       WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt
11   requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set
12   forth at 40 C.F.R. § 135.5 has been completed and the federal agencies have submitted
13   correspondence to the Court indicating that they have no objection to the terms of the Settlement
14   Agreement.
15       WHEREAS, on July 14, 2011, the Court entered an order to dismiss with prejudice the
16   claims against the District and to retain jurisdiction over the parties through December 1, 2013, for
17   the sole purpose of resolving any disputes between the parties with respect to enforcement of any
18   provisions of the Settlement Agreement;
19       WHEREAS, on or about February 13, 2012, the parties signed an Amendment to the
20   Settlement Agreement ("Amendment") to change a performance deadline and a sampling
21   requirement, as described in the Amendment attached hereto as Exhibit 2;
22       WHEREAS, the parties submitted the Amendment via certified mail, return receipt
23   requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set
24   forth at 40 C.F.R. § 135.5 has been completed and the federal agencies have submitted
25   correspondence to the Court indicating that they have no objection to the terms of the Amendment;
26       WHEREAS, the parties wish to apprise the Court of the Amendment to the Settlement
27   Agreement;
28

1  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that the Court shall continue to retain jurisdiction over the parties for the sole purpose of resolving any disputes between them with respect to enforcement of any provisions of the Settlement Agreement and the Amendment thereto.

Dated: May 2, 2012

      Respectfully submitted,

      LOZEAU DRURY LLP

      By: /s/ *Douglas J. Chermak*
          Douglas J. Chermak
          Attorneys for Plaintiff

      DANNIS WOLIVER KELLEY

      By: /s/ *Amy R. Levine*
          (as authorized on May 2, 2012)
          Amy R. Levine
          Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 4, 2012.

      _____
      UNITED STATES DISTRICT JUDGE